710

Submitted April 14, 1970. *Joseph L. Hoffmann,* for appellant; *Paul M. Petro,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted April 13, 1970. *Carmine V. Molinaro, Jr.,* for appellant; *Daniel G. Reilly,* Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted April 13, 1970. *Prentis John, Jr.,* appellant, in propria persona; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Dugan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted March 24, 1970. *John W. Packel* and *Melvine*

*Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Jones, Appellant.

Submitted March 24, 1970. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Anna Iwachiw Vadino* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Jordan, Appellant.

Submitted April 13, 1970. *Richard E. Davis,* Assistant Public Defender, for appellant; *Theodore A. Tenor,* First Assistant District Attorney, and *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.


Commonwealth *v.* Knuckles, Appellant.